**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810        Facsimile: 602-606-2811

Brian J. Foster, #012143
Ross P. Meyer, #028473
admin@wb-law.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Zona Med Spa 1, LLC, an Arizona limited liability company, | Case No.: |
| Plaintiff, | **COMPLAINT** |
| v. | |
| Zona Beauty House, LLC, an Arizona limited liability company, | (Jury Trial Demanded) |
| Defendant. | |

Plaintiff Zona Med Spa 1, LLC ("Zona Med Spa" or "Plaintiff"), for its Complaint against Defendant Zona Beauty House, LLC ("Zona Beauty House" or "Defendant") alleges as follows:

**INTRODUCTION**

1. This is an action for federal trademark infringement, federal unfair competition, federal false designation of origin and false description in violation of Sections 32 and 43(a) of the Federal Trademark Act (the "Lanham Act"), 15 U.S.C. §§ 1114 and 1125(a); and for trademark infringement in violation of the common law of the state of Arizona, and unjust enrichment per Arizona Revised Statutes ("A.R.S.") § 44-403.

2. Zona Med Spa seeks an injunction prohibiting Zona Beauty House from using Plaintiff's federally registered trademarks in commerce.

3. In addition, Zona Med Spa seeks compensatory damages, punitive damages, and

profits from the violations described herein, as well as its costs and attorneys' fees incurred in bringing this action.

**PARTIES**

4. Plaintiff Zona Med Spa 1, LLC ("Zona Med Spa" or "Plaintiff") is an Arizona limited liability company with its principal place of business at 27584 North 68th Place, Scottsdale, Arizona 85266.

5. Defendant Zona Beauty House, LLC ("Zona Beauty House" or "Defendant") is an Arizona limited liability company with its principal place of business at 397 South Gilbert Road, Suite 110, Gilbert, Arizona 85296.

6. Upon information and belief, the Zona Beauty House has committed the acts complained of herein in this District, and throughout the United States.

**JURISDICTION AND VENUE**

7. This Court has original jurisdiction under 28 U.S.C. § 1331, as this is a civil action arising under 15 U.S.C. §§ 1114 and 1125(a). The Court has supplemental jurisdiction over all other claims pursuant to 28 U.S.C. § 1367 insofar as all claims alleged herein form part of the same case or controversy under Article III of the United States Constitution.

8. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 in that Defendant regularly and continually advertises, solicits, and/or conducts business in this District. Zona Med Spa's claim arises in this district and a substantial part of the events or omissions giving rise to the claims and the harm and the damage to Zona Med Spa as complaint of hereinafter have occurred here, are occurring here, and will continue to occur here if not enjoined by the Court.

**FACTUAL BACKGROUND**

*Zona Med Spa and the Zona Med Spa Family of Marks*

9. Zona Med Spa was originally formed with the Arizona Corporation Commission on March 28, 2011, under the name Michele Hunter Aesthetics, PLLC, an Arizona professional limited liability company, and with Michele Hunter ("Ms. Hunter") as the company's sole member-manager.

10. On April 11, 2017, Michele Hunter Aesthetics, PLLC amended its name to Zona

2

Med Spa 1, LLC.

11. Ms. Hunter has been in the skincare industry for over twenty (20) years. She is one of 250 nurses in the United States and Canada that is certified as an Aesthetic Injector. Of these 250 nurses, only six practice in the state of Arizona.

12. Zona Med Spa offers a wide range of services and products focusing on both in-office and at-home steps to enable its customers to take pride in their skin. These services include broad categories, such as Facials, Injections, Laser, and Body.

13. Zona Med Spa's facial services include dermaplaning, hydrafacials, LED light therapy, light chemical peel, microdermabrasion, signature facial, SkinPen microneedling, VI chemical peel, and waxing and tinting ("Facials").

14. Zona Med Spa's injection services include botox, disport, cheek augmentation, hair restoration, jawline and chin filler, lip augmentation, mesostamp infusion, signature lip flip, smile lines, tear troughs, and vitamin B12 shots ("Injections").

15. Zona Med Spa's laser services include agnes RF, BBL photofacial, CO2 laser resurfacing, forever clean acne, laser hair removal, moxi laser, nanolaser, microlaser peel, pixel resurfacing, profractional resurfacing, and skintyte BBL ("Lasers").

16. Zona Med Spa's body services include EmSells, Emsculpt Neo, Emtone, and Scarlet SRF ("Body") (Facials, Injections, Lasers, and Body are collectively referred to herein as "Zona Med Spa Services").

17. As part of offering the Zona Med Spa Services, it advertises across the state of Arizona and operates the website www.zonamedspa.com.

18. Zona Med Spa is the owner of all right, title, and interest in and to the following federally registered trademarks (the "Zona Med Spa Family of Marks"), which are pending issuance:

　　a. **ZONA MED SPA**, United States Trademark Serial Number 98116507; and

　　b. **ZONA MED SPA**, United States Trademark Serial Number 98116522.

19. The Zona Med Spa Family of Marks were innovated and developed at significant expense to Zona Med Spa and are the subject of extensive marketing, advertising, and related

efforts, by many and various commercial means, to create brand identify and educate the relevant consuming public as to the unique source of the Zona Med Spa Services.

20. Zona Med Spa spends approximately $250,000 per year promoting and advertising the Zona Med Spa Family of Marks in Arizona, including but not limited to local magazines, Google, Yelp, Facebook, Instagram, trade shows, outreach events, and a Social Medial Marketing employee.

21. Zona Med Spa has also accrued strong common law rights in the Zona Med Spa Family of Marks and Zona Med Spa Services have become firmly established in the minds of the relevant consuming public.

22. Zona Med Spa enjoys a tremendous amount of goodwill and name recognition as a result of its use of the Zona Med Spa Family of Marks and its extensive advertising and promotion of the Zona Med Spa Family of Marks in Arizona.

23. The Zona Med Spa Family of Marks are distinctive, i.e., consumers and members of the public recognize that goods and services marketed under the Zona Med Spa Family of Marks originate, are approved of or endorsed by, or are affiliated with the Zona Med Spa.

24. As a result of this widespread use and recognition, the Zona Med Spa Family of Marks have become assets of substantial value and goodwill, distinguishing Zona Med Spa and the services it offers.

*Zona Beauty House and Their Unlawful Use of the Zona Med Spa Family of Marks*

25. Defendant Zona Beauty House was originally formed with the Arizona Corporation Commission on December 7, 2017, under the name BombChelle Studio, LLC, an Arizona limited liability company, and with Michelle Campbell as the company's sole member-manager.

26. On April 14, 2023, BombChelle Studio, LLC amended its name to Zona Beauty House, LLC.

27. Zona Beauty House offers services ("Zona Beauty Services") that include "medical aesthetics, laser facials, photofacials, Co 2 Cool peels, Botox, vitamin shots, hydro facials, eyebrow micro blading, RF and traditional microneedling. [Zona Beauty House] also [has] corrective medical grade skin care, full body waxing, all peels light and medical grade, eyelash

4

extensions, lash lifts, spray tans, teeth whitening and more!!"

28. Zona Beauty House's Services are similar, if not identical, to the Zona Med Spa Services.

29. Zona Beauty House advertises its services through their website located at www.zonabeautyhouse.com.

30. In addition to other mediums, Zona Beauty House obtains clients through its marketing, which includes but is not limited to local magazines, Google, Yelp, Facebook, Instagram, trade shows, outreach events, and a Social Medial Marketing employee.

31. On information and belief, Zona Beauty House obtains clients through additional advertisements while using the Zona Med Spa Family of Marks.

32. On information and belief, Zona Beauty House has continuously used advertisements, which include the Zona Med Spa Family of Marks, included but not limited to "Zona."

33. Zona Beauty House knowingly and intentionally continues to use these terms and related advertisements to misleadingly direct current and potential clients of Zona Med Spa to Zona Beauty House by causing the advertisements to prominently appear (the "Infringing Marks").

34. Zona Beauty House has used the Infringing Marks in commerce to promote their directly competing business through various websites, including www.zonabeautyhouse.com, and to attract current and potential clients of Zona Med Spa who intended to hire Zona Med Spa.

35. Zona Beauty House's use of the Infringing Marks in its keyword advertisements and on its website, results in consumers immediately encountering Defendant's website and advertisements, which has caused and is likely to cause initial interest confusion among consumers specifically looking for Zona Med Spa Services on the internet, as well as confusion as to the source of the services offered by Zona Beauty House due to its use of the Infringing Marks.

36. Upon information and belief, Zona Beauty House has provided services to clients in Arizona that were obtained through its advertisements and website utilizing the Infringing

5

Marks.

37. Zona Beauty House's continued use of the Infringing Marks in connection with directly competing services is likely to cause, and has already caused, confusion among consumers who erroneously believe that Zona Beauty House Services are associated, affiliated, or connected with Zona Med Spa, or that Zona Med Spa has sponsored, authorized, approved, or endorsed Zona Beauty House's business or services.

38. Zona Beauty House's use of the Infringing Marks as keyword advertisements, on its website, and in other advertisements has substantially harmed Zona Med Spa, the Zona Med Spa Family of Marks, and the goodwill associated with the Zona Med Spa Family of Marks.

### *Zona Beauty House's Unlawful Use of the Zona Med Spa Family of Marks is Willful and Intentional*

39. Zona Med Spa has contacted Defendant Zona Beauty House multiple times via letter, email, and phone since June 19, 2023, regarding its infringing use of the Zona Med Spa Family of Marks in their keyword advertising, on their website, and in other advertisements.

40. Zona Med Spa has demanded that Zona Beauty House cease and refrain from any further use of the Zona Med Spa Family of Marks, and has offered alternative solutions for Zona Beauty House.

41. Despite Zona Beauty House's claims in response that it is not infringing on the Zona Med Spa Family of Marks, Zona Beauty House's advertisements continuously and prominently appear when customers search for Zona Med Spa.

42. Zona Beauty House has intentionally and knowingly continued to use the Infringing Marks as keyword searches, on its website, and in other advertisements.

43. Zona Beauty House's unauthorized commercial use of the Zona Med Spa Family of Marks in the United States, and in Arizona, to Zona Beauty House's benefit and to the detriment of Zona Med Spa and the public, has necessitated this suit for damages and injunctive relief, among other remedies.

**FIRST CLAIM FOR RELIEF**

(*Trademark Infringement, Federal Unfair Competition, Federal False Designation of Origin and False Description Under Lanham Act, 15 U.S.C. §§ 1114, 1117, and 1125(a)(1)(A)*)

44. Zona Med Spa incorporates by reference the preceding paragraphs of this complaint as though fully set forth herein.

45. Zona Med Spa is the owner of all right, title, and interest in and to the Zona Med Spa Family of Marks. Through Zona Med Spa's continued use and marketing efforts, the Zona Med Spa Family of Marks and variations thereof, including but not limited to the use of "Zona" in offering the Zona Med Spa Services.

46. Both Zona Med Spa and Zona Beauty House provide the Zona Med Spa Services and are direct competitors.

47. Both Zona Med Spa and Zona Beauty House offer their services through the same channel of trade, i.e., the internet.

48. Zona Beauty House has used the Infringing Marks as a paid keyword search in their advertising campaign on various search engines, has prominently displayed them on its website, and has utilized the Infringing Marks in other advertisements.

49. Zona Beauty House's use of the Infringing Marks in connection with the sale, offering for sale, distribution, and advertising of the services is of a manner likely to cause confusion, mistake, and deception among consumers as to the approval, origin, or sponsorship by Zona Med Spa of products and services provided by Zona Beauty House, and which accordingly constitutes unfair competition and infringement of the Zona Med Spa Family of marks.

50. The instantaneous nature of internet navigation, the speed at which people navigate and are presented with advertisements, images and/or data on the internet, and the speed at which consumers perform transactions on the internet, all tend to increase the risk of confusion or mistake about the source of a product or service. This risk is compounded by Zona Beauty House's use of the Infringing Marks.

51. On information and belief, Zona Beauty House has used the Infringing Marks with knowledge of, and the intent to call to mind, create a likelihood of confusion with regard to, and/or

trade off the recognition and goodwill of Zona Med Spa and the Zona Med Spa Family of Marks.

52. Zona Med Spa has no control over the nature and quality of the services offered by Zona Beauty House, and Zona Med Spa's reputation and goodwill will be damaged, and the value of the Zona Med Spa Family of Marks jeopardized by Zona Beauty House's continued use of the Infringing Marks. Because of the likelihood of confusion resulting from Zona Beauty House's continued use of the Infringing Marks, faults found with Zona Beauty House's services could negatively reflect upon and injure the reputation that Zona Med Spa has established for the high quality of services it offers in connection with the Zona Med Spa Family of Marks.

53. Zona Beauty House's use of the Infringing Marks has injured and will continue to injure Zona Med Spa and the public by causing the public to be confused or mistaken into believing that the services provided by Zona Beauty House are associated, affiliated, or connected with Zona Med Spa's Services, or that Zona Med Spa has sponsored, authorized, approved, or endorsed Zona Beauty House's business or services.

54. As a result of Zona Beauty House's use of the Infringing Marks, Zona Med Spa has incurred damages in an amount to be proven at trial consisting of, among other things, lost revenue, and diminution in value of the goodwill associated with the Zona Med Spa Family of Marks.

55. As demonstrated by Zona Beauty House's refusal to cease use of the Infringing Marks in their advertising campaigns, on their websites, and other advertisements, Zona Beauty House's acts as alleged above will continue if not enjoined. Zona Med Spa has no adequate remedy at law.

56. Zona Med Spa is entitled to an injunction restraining Zona Beauty House, its officers, agents, employees, and all persons acting in concert with it, from engaging in any further acts in violation of 15 U.S.C. §§ 1114 and 1125.

57. Zona Beauty House willfully, deliberately, and knowingly continues to infringe on the Zona Med Spa Family of Marks, despite Zona Med Spa's express objection thereto. Zona Med Spa is therefore entitled to recover three times the amount of its actual damages and the attorneys' fees and costs incurred in this action, and prejudgment interest.

**SECOND CLAIM FOR RELIEF**

(*Common Law Trademark Infringement and Unfair Competition Under Arizona Law*)

58. Zona Med Spa incorporates by reference the preceding paragraphs of this complaint as though fully set forth herein.

59. Zona Med Spa has used the Zona Med Spa Family of Marks in connection with the Zona Med Spa Services provided in the State of Arizona since long before Zona Beauty House began using the Infringing Marks. As a result of Zona Med Spa's long, continuous, prominent use of the Zona Med Spa Family of Marks within the State of Arizona, Zona Med Spa has established strong common law trademark rights under Arizona common law.

60. Zona Beauty House's acts alleged herein infringe Zona Med Spa's exclusive common law trademark rights in the Zona Med Spa Family of Marks in the State of Arizona.

61. Zona Beauty House's practice of purchasing the Infringing Marks as keywords with various internet search engines, on its website, and in other advertisements, constitutes an attempt to trade on the goodwill associated with the Zona Med Spa's Family of Marks by directing internet traffic away from Zona Med Spa's website to Zona Beauty House's website for commercial gain and by causing initial interest confusion.

62. Zona Beauty House's use of the Infringing Marks constitutes unfair competition and trademark infringement under Arizona common law, as Zona Beauty House's use of the Infringing Marks falsely tends to induce consumers to believe Zona Beauty House's Services are associated, affiliated, or connected with Zona Med Spa's Services, or that Zona Med Spa has sponsored, authorized, approved, or endorsed Zona Beauty House's business or services, and because it unfairly tarnishes Zona Med Spa's goodwill and rights in the Zona Med Spa Family of Marks, which are likely to continue, deceive, and injure the public.

63. Zona Beauty House's conduct has caused and will continue to cause injury to Zona Med Spa damages in the form of lost revenue and diminution and loss of goodwill in the Zona Med Spa Family of Marks within Arizona.

64. Zona Beauty House's acts as alleged above, if not enjoined will continue and Zona Med Spa has no adequate remedy at law.

9

65. Based on the foregoing, Zona Med Spa is entitled to an injunction against Zona Beauty House, as well as other remedies available under Arizona common law, including but not limited to actual damages caused by Zona Beauty House's willful and continued infringement.

### THIRD CLAIM FOR RELIEF

### (*Unjust Enrichment per Arizona Revised Statutes § 44-403*)

66. Zona Med Spa incorporates by reference the preceding paragraphs of this complaint as though fully set forth herein.

67. The factual allegations of this claim are material to the claim and to this claim's particular cause of actions.

68. This claim is directed to Zona Beauty House for the actions or omissions set forth herein and against whom this claim is brought.

69. Zona Beauty House's actions, as alleged herein, constitute an unjust enrichment in violation of Arizona law.

70. Zona Beauty House's actions, as alleged herein, have caused irreparable injury and damage to Zona Med Spa and, unless restrained, will continue to do so.

71. As a result, Zona Med Spa has suffered damages with interest, in an amount to be determined at trial.

72. Zona Med Spa has no adequate, complete remedy at law.

### PRAYER FOR RELIEF

**WHEREFORE**, Zona Med Spa demands judgment against Zona Beauty House on all of the above claims, and on each and every claim for relief set forth above and award Zona Med Spa full relief including, but not limited to, the following:

A. A preliminary and permanent injunction enjoining and restraining Zona Beauty House and their officers, directors, principals, agents, servants, employees, successors, assigns, attorneys, and all those persons in active concert or participation therewith who received actual notice of this Court's orders;

   i. From causing likelihood of confusion, or causing mistake, or to deceive as to the affiliation, connection, or association of Zona Beauty House with Zona



        Med Spa or the Zona Med Spa Family of Marks, or as to the origin, sponsorship, or approval of its services, or commercial activities, or causing injury to its business reputation, or dilution of the distinctiveness of the Zona Med Spa Family of Marks, or Zona Med Spa's forms of advertisement;

ii. From directly or indirectly falsely designating or representing that services are authorized, approved, associated with, or originating from Zona Med Spa.;

iii. Form directly or indirectly using the Infringing Marks or any confusingly similar variants, iterations, or forms thereof, in any language, which is likely to cause confusion or further irreparable harm to Zona Med Spa's business reputation or goodwill;

iv. From utilizing the Infringing Marks or any confusingly similar variants in any shape or manner;

v. From publishing, assembling, marketing, distributing, or otherwise utilizing any visual displays, literature, business forms, advertisements, signs, or any other representations, regardless of the medium, which bear the Infringing Marks or any confusing similar variants, and from otherwise unfairly competing in any way with Zona Med Spa;

vi. To deliver up to Zona Med Spa for destruction, at its option, all literature, advertisements, business forms, billboards, displays, signs, and any other representations, regardless of form, which are in, or come to be in Zona Beauty House's possession, custody, or control and which bear the Infringing Marks or any confusingly similar variants;

vii. To notify their clients, prospective clients, agents, and representatives that the Infringing Marks or any confusingly similar variants are not connected with Zona Med Spa; and

viii. To immediately institute full compliance with any order entered by this Court, and, within thirty days following the date of entry of any preliminary

11

or permanent injunctive relief issued by this court, propound and file a statement, under oath and penalty of perjury, that each and every injunctive provision has been fully and completely complied with.

B. Judgment in favor of Zona Med Spa on each of its claims for relief;

C. An accounting and payment of all profits gained by Zona Beauty House while engaging in the acts complained of herein, including without limitation wrongfully gained licensing fees, royalties, payments, and the like;

D. Disgorgement of any proceeds obtained from Zona Beauty House's use of the Infringing Marks;

E. All monetary damages suffered by Zona Med Spa, in an amount to be determined at trial, including statutory, enhanced, or treble damages;

F. All costs and reasonable attorneys' fees incurred in connection with this action, plus appropriate interest thereon, pursuant to 15 U.S.C. § 1117(a), and any other applicable law;

G. An Order requiring Zona Beauty House to disseminate pre-approved corrective advertising to all clients, prospective clients, agents, and representatives to address the likelihood of confusion caused by Zona Beauty House's actions;

H. An Order directing the cancellation, removal, forfeiture, and/or transfer of any and all claimed rights to the Infringing Marks; and

I. Such other relief as this Court may deem just and proper.

**RESPECTFULLY SUBMITTED** this on September 18, 2023.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Brian J. Foster*
Brian J. Foster, Esq.
Ross P. Meyer, Esq.
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Plaintiff*

12